UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN L. JOHNSON, K JOHNSON ENTERPRISES, LLC, K JOHNSON URBAN RENEWAL, LLC, TEAM85 FITNESS AND WELLNESS, LLC, TEAM CAMPUS PHASE II, LLC, TEAM CAMPUS SENIOR LUXURY APARTMENTS, LLC<br><br>    Plaintiffs,<br><br>vs.<br><br>TOWNSHIP OF BORDENTOWN, FRANK NUCERA, JR., COLLEEN M. ECKERT, GEORGE HAEUBER, DAVID KOCIAN, MICHAEL THEOKAS, Individuals 1 through 10, such names being fictitious, Corporations A through J, such names being fictitious.<br><br>    Defendants. | Civil Action No.: 1:20-CV-12478<br><br>CIVIL ACTION |

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Team Campus Phase II, LLC, by its counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits its Corporate Disclosure Statement as follows:

1. Team Campus Phase II, LLC has no parent company; and

2. No publicly held corporation owns 10% or more of its stock.

    Respectfully Submitted,

    By: s/ Larry E. Hardcastle, II
    Larry E. Hardcastle, II

Dated: September 9, 2020